**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-377-DAE |
| | ) | |
| v. | ) | |
| | ) | |
| DORMONT MANUFACTURING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING ORDER DEADLINES**

This matter comes before the Court on the parties' Joint Motion to Continue Scheduling Order Deadlines. Having reviewed the motion, the Court finds good cause pursuant to Federal Rule of Civil Procedure 16(b)(4) to continue and extend the scheduling order deadlines as follows:

| Topic | Current Deadline | New Deadline |
|---|---|---|
| Complete Discovery: | November 20, 2026 | January 19, 2027 |
| Dispositive Motions: | December 21, 2026 | February 19, 2027 |

It is so ordered.

Dated: October 21, 2026.

David Alan Ezra
Senior United States District Judge

Submitted:

MCCOY LEAVITT LASKEY LLC

By: ____________________
H. Brook Laskey, State Bar No. 2402337
Mary E. Jones, State Bar. No. 24097901
317 Commercial St. NE, Ste. 200
Albuquerque, NM 87102
(505) 246-0455
blaskey@MLLlaw.com
mjones@MLLlaw.com

*Attorneys for Defendant*
*Dormont Manufacturing Company*

Approved:

COZEN O'CONNOR

*/s/ Marcos Hazan-Cohen, via email*
MARCOS HAZAN-COHEN
State Bar No. 24012807
1717 Main Street, Suite 3100
Dallas TX 75201
(214) 462-3000 (Telephone)
(214) 462-3299 (Facsimile)
mhcohen@cozen.com

*Attorneys for Plaintiff*